UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICIA KENNEDY, individually, | : |
| Plaintiff, | : |
| v. | : |
| | : Case No. 17-cv-14049-DMM |
| INDIAN STREET SHOPPES LC., | : |
| Defendant. | : |
| _____/ | : |

**NOTICE OF SETTLEMENT**

Plaintiff, PATRICIA KENNEDY, hereby gives notice that she has settled this case with Defendant. After the parties finalize their settlement papers and prerequisites, they will submit the appropriate notice to the Court seeking dismissal of the case.

Respectfully submitted,

Attorney for Plaintiff:

By: /s/ Jeannette E. Albo
Jeannette E. Albo, Esq.
*Of Counsel,* **Thomas B. Bacon, P.A.**
9444 S.W. 69th Ct.
Miami, FL 33156
ph. (305) 502-4593
jalbo@bellsouth.net

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
644 No. McDonald St.
Mt. Dora, FL 32757
Ph. 954-478-7811
tbb@thomasbaconlaw.com