IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY,

        **Plaintiff**,

v.

INDIAN STREET SHOPPES LLC,

        **Defendant.**

_____ /

Case No. 17-cv-14049-MIDDLEBROOKS

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**

Plaintiff and Defendant, through their respective undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

Respectfully submitted this May 8, 2017.

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| By: /s/ Jeannette E. Albo | By: /s/ Eric W. Neilsen |
| Jeannette E. Albo, Esq. | Eric W. Nielsen, Esq. |
| Fla. Bar No. 0017736 | **Neilsen Law Group, P.A.** |
| *Of Counsel*, **Thomas B. Bacon, P.A.** | 100 2nd Avenue North |
| 9444 S.W. 69th Ct. | Suite 240 |
| Miami, FL 33156 | St. Petersburg, FL 33701 |
| ph. (305) 502-4593 | Ph.: 727-350-3240 |
| jalbo@bellsouth.net | Fax: 727-499-7166 |
| | Email: eneilsen@neilsenlawgroup.com |
| Thomas B. Bacon, Esq. | |
| **Thomas B. Bacon, P.A.** | |
| 644 No. McDonald St. | |
| Mt. Dora, FL 32757 | |
| Ph. 954-478-7811 | |
| tbb@thomasbaconlaw.com | |